# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW TRAVON JONES | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:09CV633 LG-JMR |
| | § | |
| DONALD A. CABANA, PHILLIP | § | |
| TAYLOR, and JOE COLLINS | § | DEFENDANT |

## JUDGMENT

In accordance with the Order Adopting Report and Recommendation and Granting Motion to Dismiss Plaintiff's Complaint entered herewith;

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion [36] to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 15th day of June 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge